We've got Reed v. Womick and others. Number 5, 17-0270. In the courtroom on the bench we've got myself and Justice Chapman, but also Justice Welch will be participating and he will hear the arguments on the audio, but he will be fully participating in this decision even though he is not present today. It looks like Mr. Womick is here to make his argument. And it looks like Mr. Reed is not here. He has a counsel, but his counsel is not here. And his counsel is not here, but just Mr. Womick. Well, you may proceed. I think I know everybody here, but I'm confident in spite of that I'll be treated fairly. I have been practicing. I'm here for the defendants. I got it right this time, Justice. There are two issues here. These are both first impressions, I think, for this Court. One is venue, unanimous forum, nonconvenience. You may have had those cases before you before. On the venue issue, there was no claims I had an office in the county. I did not. The law is as of the time the suit is filed, and I didn't have an office then. It had not had for some period of time. And then the other was doing business. I had two cases in the county. One was a guardianship for a minor who at that time lived in that county, moved out of that county. The other case was a divorce case that's never, ever going to end. So do you then basically argue that your contact was de minimis because of that? Yes. You either had an office in the county, or you'd be doing business in the county, or some part of the transaction occurred in the county, and none of those apply. And then on the forum case, there is no contact of any kind with St. Clair County, even the plaintiff's lawyer lives in Madison County. But nothing happened in the county. There were no witnesses from the county. The only decision there was the defense thought, I'm sorry, the plaintiff thought that the time had passed and the Supreme Court decision I cited besides two other Supreme Court cases is 90 days after the date. That's the Miller case? Yes. Ninety days after the time. The order for filing an answer, there's never been an order for filing an answer. I've never filed an answer. In the case of an order requiring an answer to be filed. I don't know why the judge ignored that Supreme Court case over the other two cases that Miller cites. My definition of formal nonconvenience, which is closest to my office, but that's not necessarily the legal definition. The legal definition is clearly that there's no contact with the county. Now, was there past contact? I know you've got two pending cases, but in the past you've had cases in St. Clair County. Yes, I had an actual office in town. I had attorney's staff at that office in town. But then for a lot of other reasons, it just stopped functioning. When did that stop in relationship to this case coming into being? I'm not sure exactly. I think a year or two before. We had my son-in-law work with me. He became a judge, which decreased the practice. I had Steve Williams, who became a master at work with me before. And eventually it was just too much for me to travel back and forth. And I've heard that St. Clair has some good plaintiffs lawyers already in his office. I had tried cases there. I never denied that. I wouldn't deny it. It's a true statement. I've gotten good. I've got over a $500 verdict in the county. I was there. At that time, I would have been. And you may have been appropriate. It's not appropriate. It was not appropriate as of the time that the suit was filed. It had been for some period of time before then. And there was never a counter affidavit filed or affidavits sent forward to the venue. And without regard to venues, there's no reform clauses. I mean, the forum is not convenient because of nothing happened in the county. There's no witnesses, no nothing transferred. No witnesses of any kind. There's no contact of any kind. The two cases that are pending, one of the cases, I mean, can you tell us a little bit about the activity in those cases as far as currently or at the time that this particular case was filed? There was nothing. The army ship was opened so that the mother could bring the lawsuit on behalf of her daughter. And then nothing happened until the case settled. When the case settled, the court approved the settlement. And that was the beginning and end of that case. That case was related to the, but not, I mean, it was an ancillary issue. The malpractice, I mean, the divorce case, it's been before this court twice. It's active now. It was not active for about a year while that was before this filing. And there was no activity. There may have been. The plaintiff, I'm sorry, the defendant in that case is pro se, and she files stuff from time to time and often doesn't. She did, she's an attorney now, but she did file stuff pro se often and never filed anything with me. But there was nothing to my knowledge that that case was doing. And this time I can talk. I don't have any questions. When I was last here, I had a cold. They couldn't hear me. Thank you, Mr. Wallman. Thank you, Joe. We'll take this matter under advisement in that window of decision in that due course.